UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

RE: HARRY MCHUGH ) Case No. 20 B 03492
     JUDITH MCHUGH )
                             Debtors ) Chapter 13
                                     )
                                   ) Judge: JACQUELINE P COX

## ORDER CONFIRMING PLAN

The plan under Chapter 13 of the Bankruptcy Code, filed as docket no. 14 having been found by the court to comply with the provisions of 11 U.S.C. § 1325, THE PLAN IS HEREBY CONFIRMED.

ENTER:

DATED: MAR 30 2020

J. Cox

JUDGE

Non-Binding Plan Summary:

| Monthly Pymt. | Term | Est. Unsec% |
|---|---|---|
| $300.00 | 36 | 10.00 |